**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER SECURITY LLC,**<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>**DISCOVER FINANCIAL SERVICES,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:13-cv-829<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,
<u>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Long Corner Security LLC hereby dismisses this action against Defendant Discover Financial Services ("Defendant"), without prejudice. Defendant has not served either an answer or a motion for summary judgment in this matter.

Dated: November 11, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Craig Tadlock*
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　Phone: 903-730-6789
　　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Long Corner
　　　　　　　　　　　　　　　　　　　　Security LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon all counsel of record on November 11, 2013 via the Court's CM/ECF system.  A copy of the foregoing will also be served on all known counsel for Defendant who have not appeared.

                                                */s/ Craig Tadlock*
                                                Craig Tadlock